AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>information associated with particular cellular towers, as described in affidavit of FBI TFO Jerome De Sheers dated September 25, 2023 | ) ) ) ) ) ) ) Case No. 2:23-cr-01042 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A1 of FBI TFO Jerome De Sheers dated September 25, 2023

located in the _____Judicial_____ District of _____New Jersey_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B1 of FBI TFO Jerome De Sheers dated September 25, 2023
This Court has authoirty to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 | Distribution of Controlled Substances |
| 21 U.S.C. 846 | Conspiracy to Distribute Controlled Substances |

The application is based on these facts:

See Affidavit of FBI TFO Jerome De Sheers dated September 25, 2023

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jerome De Sheers, FBI TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____telephone_____ *(specify reliable electronic means)*.

Date: September 25, 2023

*Judge's signature*

City and state: Charleston, SC     Molly H. Cherry, United States Magistrate Judge
*Printed name and title*

Print    Save As...    Attach    Reset